# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

|  |  |  |
|---|---|---|
| Kassandra Jene Survia Brown, individually, | ) | |
| and as natural mother and guardian for | ) | |
| KMSB, a minor child, | ) | |
|  | ) | **ORDER FOR MID-DISCOVERY** |
| Plaintiff, | ) | **STATUS CONFERENCE** |
|  | ) | |
| v. | ) | |
|  | ) | |
| CHI St. Alexius Williston Hospital; | ) | |
| Medical Solutions, LLC; and | ) | |
| Ines A. Teuma Nguimfack, MD, | ) | |
|  | ) | Case No. 1:26-cv-045 |
| Defendants. | ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on March 15, 2027, at 10:00 AM before the magistrate judge by telephone.  To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149.  The conference may be recorded for the convenience of the court.

Dated this 16th day of June, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court